ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
JUN 17 2002
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, </br></br>   Plaintiff, </br></br> v. </br></br> DALLAS MORNING NEWS, L.P. </br></br>   Defendant. | CIVIL ACTION NO. </br></br> JURY TRIAL DEMAND </br></br> 3-02CV1262L |

## CERTIFICATE OF INTERESTED PARTIES

COMES NOW, Plaintiff, Equal Employment Opportunity Commission ("Commission"), and files this Disclosure of Interested Parties. The Commission believes that the following persons and/or entities have financial interests in this case:

1. Dallas Morning News, L.P.; and

2. Wendy W. Jackson.

Respectfully Submitted,

_____
RUDY L. SUSTAITA
Attorney-in-Charge
Texas Bar No. 19523560
Equal Employment Opportunity Commission
1919 Smith Street
Houston, Texas 77002
(713) 209-3400

2